IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ALDRIDGE,<br><br>    Plaintiff,<br><br>  vs.<br><br>J. GARCIA,<br><br>    Defendant.<br>_____/ | No. CIV S-10-1045-FCD-CMK<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action relating to notices posted on real property incident to a foreclosure order. Pending before the court is defendant's motion to dismiss. Plaintiff has not filed an opposition. Pursuant to Eastern District of California Local Rule 230(c) and (g), the hearing scheduled for July 29, 2010, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: July 22, 2010

                                            *Craig M. Kellison*
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE