IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST ALDRIDGE,                                  No. CIV S-10-1045-FCD-CMK

        Plaintiff,

   vs.                                                          ORDER

J. GARCIA,

        Defendant.

                               /

        Plaintiff, who is proceeding pro se, brings this civil action relating to notices posted on real property incident to a foreclosure order. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On November 10, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.[1] No objections to the findings and recommendations have

---

[1] Separate findings and recommendations were also issued on September 16, 2010, recommending dismissal of this action for plaintiff's failure to submit a scheduling conference statement or appear at a scheduling conference held on September 9, 2010. After those findings and recommendations were issued, defendant requested that the court rule on his pending motion to dismiss notwithstanding plaintiff's lack of prosecution. Specifically, defendant sought a disposition on the merits.

1

1 been filed.

2       The court has reviewed the file and finds the findings and recommendations to be
3 supported by the record and by the Magistrate Judge's analysis.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.    The findings and recommendations filed September 16, 2010, are vacated;

6       2.    The findings and recommendations filed November 10, 2010, are adopted
7 in full;

8       3.    Defendant's motion to dismiss (Doc. 5) is granted;

9       4.    This action is dismissed with prejudice;

10       5.    Plaintiff's motion for summary judgment (Doc. 7) is denied as moot; and

11       6.    The Clerk of the Court is directed to enter judgment and close this file.

12 DATED: January 4, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE